ATTORNEY GRIEVANCE
COMMISSION OF MARYLAND

v.

PATRICK LEWIS WOJAHN

*     IN THE

*     SUPREME COURT

*     OF MARYLAND

*     AG No. 44

*     September Term, 2024

## ORDER

Upon consideration of the joint petition for disbarment by consent and the respondent's statement, in which, pursuant to Rule 19-736(b), the parties jointly petition this Court to disbar the respondent and advise that the respondent agrees that his conduct as described in the joint petition violated Rule 8.4(b) and (d) of the Maryland Attorneys' Rules of Professional Conduct and District of Columbia Bar Rule XI, § 10(c), it is this 21st day of March 2025, by the Supreme Court of Maryland

ORDERED that the joint petition is granted, and that, effective immediately, Respondent, Patrick Lewis Wojahn, is disbarred from the practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall provide notice of this Order in accordance with Maryland Rule 19-761.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



/s/ Matthew J. Fader
Chief Justice

Gregory Hilton, Clerk